John M. Flannery (JMF-0229)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
3 Gannett Drive
White Plains, New York 10604
(914) 323-7000

Attorneys for Defendant BATTERY PARK CITY AUTHORITY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x    21 MC 102(AKH)
IN RE: WORLD TRADE CENTER LOWER                                     :
MANHATTAN DISASTER SITE LITIGATION
------------------------------------------------------------------- x    Civil Action No.: 07CV4493
TRINIDAD MEDRANO and SALVADOR L.
MEDRANO,                                                            :

                    Plaintiffs,    :    **NOTICE OF BATTERY PARK**
                                                                             **CITY AUTHORITY's**
                                                                                **ADOPTION OF ANSWER TO**
-against-    :    **MASTER COMPLAINT**

55 WATER STREET CONDOMINIUM, ET AL,    :

                    Defendants.    :
------------------------------------------------------------------- x

    PLEASE TAKE NOTICE THAT defendant, BATTERY PARK CITY AUTHORITY, as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt BATTERY PARK CITY AUTHORITY's Answer to the Master Complaint dated August 1, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster site Litigation*, 21 MC 102 (AKH).

    WHEREFORE, BATTERY PARK CITY AUTHORITY demands judgment dismissing the above-captioned action as against each of them, together with their costs and disbursements.

Dated: White Plains, New York
       September 25, 2007

1699578.1

Yours, etc.,

WILSON, ELSER, MOSKOWITZ, EDELMAN
    & DICKER LLP
Attorneys for Defendants
BATTERY PARK CITY AUTHORITY
3 Gannett Drive
White Plains, New York 10604
(914) 323-7000
File No.: 06867.00292

By: _____
      John M. Flannery (JMF-0229)

1699578.1