UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
IN RE WORLD TRADE CENTER LOWER     : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION :
:
------------------------------------------------------------------X
TRINIDAD MEDRANO,                  : 07-CV-4493-AKH
:
                Plaintiff,      :
: **APPEARANCE**
  - against -                      :
:
55 WATER STREET CONDOMINIUM, *et al.*, :
: **ELECTRONICALLY FILED**
               Defendants.     :
------------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York            DICKSTEIN SHAPIRO LLP
       October 3, 2007
                              By:   ___/s/ Judith R. Cohen___
                                    Judith R. Cohen (JC-8614)
                                    1177 Avenue of the Americas
                                    New York, New York 10036
                                    Phone: (212) 277-6500
                                    Fax: (212) 277-6501
                                    *Attorney for Defendant*
                                    MERRILL LYNCH & CO., INC.