UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                        :

IN RE: LOWER MANHATTAN DISASTER SITE  :         21 MC 102 (AKH)
LITIGATION                                :
                        :
                        :

------------------------------------------------------------- X
                        :

TRINIDAD MEDRANO (AND HUSBAND,       :
SALVADOR L. MEDRANO),             :
                        :

              Plaintiff,      :         07-CV-4493 (AKH)
                        :

-against-                      :
                        :

100 CHURCH, LLC, 55 WATER STREET     :     **FGP 90 WEST STREET,**
CONDOMINIUM, ALAN KASMAN DBA    :      **INC.'S NOTICE OF**
KASCO, AMBIENT GROUP, INC., AMERICAN :  **ADOPTION OF ANSWER TO**
EXPRESS BANK, LTD, AMERICAN EXPRESS  :     **MASTER COMPLAINT**
COMPANY, AMERICAN EXPRESS TRAVEL   :
RELATED SERVICES COMPANY, INC., ANN  :
TAYLOR STORES CORPORATION, BATTERY  :
PARK CITY AUTORITY, BFP TOWER C CO.   :
LLC., BFP TOWER C MM LLC., BLACKMON- :
MOORING-STEAMATIC CATASTOPHE, INC.  :
D/B/A BMS CAT, BOARD OF MANAGERS OF  :
THE HUDSON VIEW EAST CONDOMINIUM,  :
BROOKFIELD FINANCIAL PROPERTIES, INC., :
BROOKFIELD FINANCIAL PROPERTIES, LP,  :
BROOKFIELD PARTNERS, LP, BROOKFIELD  :
PROPERTIES CORPORATION, BROOKFIELD  :
PROPERTIES HOLDINGS INC., CUNNINGHAM :
DUCT CLEANING CO., INC., ENVIROTECH   :
CLEAN AIR, INC., FGP 90 WEST STREET INC., :
GPS ENVIRONMENTAL CONSULTANTS, INC., :
HILLMAN ENVIRONMENTAL GROUP, LLC.,  :
HUDSON VIEW EAST CONDOMINIUM,      :
HUDSON VIEW TOWERS ASSOCIATES,     :
INDOOR AIR PROFESSIONALS, INC., INDOOR :
ENVIRONMENTAL TECHNOLOGY, INC.,     :
KASCO RESTORATION SERVICES CO., KIBEL :
COMPANIES, LAW ENGINEERING P.C.,     :
LEHMAN BROTHERS HOLDINGS INC.,     :

LEHMAN BROTHERS, INC., LEHMAN                 :
COMMERCIAL PAPER, INC., MCCLIER               :
CORPORATION, MERRIL LYNCH & CO, INC.,         :
NEW WATER STREET CORP., NOMURA                :
HOLDING AMERICA, INC., NOMURA                 :
SECURITIES INTERNATIONAL, INC., ONE           :
WALL STREET HOLDINGS, LLC., R Y               :
MANAGEMENT CO., INC., ROYAL AND               :
SUNALLIANCE INSURANCE GROUP, PLC, RY          :
MANAGEMENT, STRUCTURE TONE (UK),              :
INC., STRUCTURE TONE GLOBAL SERVICES          :
INC., THE BANK OF NEW YORK COMPANY,           :
INC., TOSCORP INC., TRAMMELL CROW             :
COMPANY, TRAMMELL CROW CORPORATE              :
SERVICES, INC., TRC ENGINEERS, INC.,          :
TUCKERANTHONY, INC., VERIZON NEW              :
YORK, INC, WESTON SOLUTIONS, INC., WFP        :
RETAIL CO. G.P. CORP., WFP RETAIL CO. L.P.,   :
WFP TOWER A CO., WFP TOWER A CO. G.P.         :
CORP., WFP TOWER A. CO., L.P., WFP TOWER      :
B CO. G.P. CORP., WFP TOWER B HOLDING         :
CO., LP, WFP TOWER B.CO., L.P., WFP TOWER     :
D CO.G.P. CORP., WFP TOWER D HOLDING CO.      :
I L.P., WFP TOWER CO. II L.P., WFP TOWER D    :
HOLDING I G.P. CORP., WFP TOWER D.CO.,        :
L.P., and ZAR REALTY MANAGEMENT CORP.,        :
ET AL,                                        :
                                              :
                        Defendants.           :
------------------------------------------------------------ X

PLEASE TAKE NOTICE THAT Defendant FGP 90 West Street, Inc., by its attorneys, DLA Piper US LLP, as and for its responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts FGP 90 West Street, Inc.'s Answer to Master Complaint dated August 3, 2007, which was filed in the matter *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

NEWY1\8192784.1

To the extent that FGP 90 West Street, Inc.'s Answer to the Master Complaint does not comprehensively address any of the allegations set forth in the Check-Off Complaint filed in the above-captioned matter, FGP 90 West Street, Inc. denies knowledge or information sufficient to form a belief as to the truth of such allegations.

WHEREFORE, FGP 90 West Street, Inc. demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.


Dated: New York, New York.
      February 6, 2008

By:   s/ Keara M. Gordon
      Keara M. Gordon (KMG 2323)
      Michael D. Hynes (MH 5086)
      DLA PIPER US LLP
      1251 Avenue of the Americas
      New York, New York 10020-1104
      Phone: (212) 335-4500
      Facsimile: (212) 335-4501

      Robert J. Mathias (*pro hac vice application pending)
      The Marbury Building
      6225 Smith Avenue
      Baltimore, MD 21209-3600
      Phone: (410) 580-3000
      Fax: (410) 580-3001

      *Attorneys for Defendant*
      *FGP 90 West Street, Inc.*